No. 73–434. MILLIKEN, GOVERNOR OF MICHIGAN, ET AL. *v.* BRADLEY ET AL.;

No. 73–435. ALLEN PARK PUBLIC SCHOOLS ET AL. *v.* BRADLEY ET AL.; and

No. 73–436. GROSSE POINTE PUBLIC SCHOOL SYSTEM *v.* BRADLEY ET AL. C. A. 6th Cir. [Certiorari granted, 414 U. S. 1038.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted and a total of 15 minutes allotted for that purpose. Motion of National Education Assn. for leave to file a brief as *amicus curiae* granted.

No. 73–482. MICHIGAN *v.* TUCKER. C. A. 6th Cir. [Certiorari granted, 414 U. S. 1062.] Motion for appointment of counsel granted. It is ordered that Kenneth M. Mogill, Esquire, of Detroit, Michigan, be, and he is hereby, appointed to serve as counsel for respondent in this case and to argue *pro hac vice.*

No. 73–689. MANESS *v.* MEYERS, JUDGE. 169th Jud. Dist. Ct. Tex., Bell County, Tex. Motion to dispense with printing petition denied with leave to file printed petition in conformity with Rule 39 of the Rules of this Court on or before March 21, 1974.

No. 73–717. ANTOINE ET UX. *v.* WASHINGTON. Appeal from Sup. Ct. Wash. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 73–786. ROSS ET AL. *v.* MOFFITT. C. A. 4th Cir. [Certiorari granted, 414 U. S. 1128.] Motions of respondent for leave to proceed herein *in forma pauperis* and for appointment of counsel granted. It is ordered that Thomas B. Anderson, Jr., Esquire, of Durham, North Carolina, be, and he is hereby, appointed to serve as counsel for respondent in this case.